Clerk of courts,

To whom It may concern I'm writing to let all parties involved in my case matter know that I'm no longer being housed at Raybrook F.C.I. I've been moved to United States Penitentiary Lewisburg and I would like all legal materials forward to here. Also if it's not a problem I would like to know who's the hearing judge in the matter I've just filed in the courts under docket # I thank you for your help in this matter and wish you a Happy Day.

Thank you

Charles Wilkerson # 22166-038
U.S. P
P.O. Box 1000
Lewisburg. PA. 17837

P.S. I also received a letter from the courts saying I didn't pay my filing fee & here's my receipt copy

Thank you