


**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
JOHN JOSEPH MOAKLEY COURTHOUSE
1 COURTHOUSE WAY, SUITE 2300
BOSTON, MASSACHUSETTS 02210

September 28, 2004

Charles Wilkerson
22166-038
USP
P.O. Box 1000
Lewisberg, PA  17837

RE:  <u>Wilkerson v. Conley</u>, C.A. No. 04-11771-RGS

Dear Mr. Wilkerson:

On September 10, 2004, the Clerk's Office received your letter stating that you have been moved from FCI Raybook to USP Lewisberg.  With your letter, you enclose a copy of a receipt indicating that you paid the $5.00 filing fee for this action.

Your case will now be forwarded to the assigned judge for preliminary review.

I have enclosed a courtesy copy of the docket sheet that indicates (1) your new address; (2) payment of the filing fee; and (3) the name of the assigned judge.

I hope that this letter addresses your concerns.

                                        Sincerely,

                                        <u>/s/ Barbara Morse</u>
                                        Barbara Morse
                                        Pro Se Office