Charles Wilkerson
Reg. No.22166-038 (Unit - D)
USP Lewisburg
P.O. Box - 1000
Lewisburg, PA. 17837

August 31, 2004

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTES
**ATTN: HON. NANCY GERTNER**
United States Courthouse
1 Courthouse Way, Suite - 2300
Boston, MA. 02210

RE: STATE OF MASSACHUSETTES V. CHARLES WILKERSON
    DOCKET NO. 04-11771-RGS

   **NOTICE OF FILING FEE PAID AND REQUEST FOR SHOW CAUSE ORDER**

Dear Hon. Gertner:

   Please be advised that, per your Honor's instructions during my Federal Proceedings, I have exhausted all my state remedies and since then, I have filed my 28 U.S.C. §2254 Motion in regards to my prior convictions.... Your Honor, based on the fact that since the outset of my federal trial all your instructions have been correct and you have personal knowledge of the facts of said issues, I am respectfully requesting that if this case was not on your case load, if your Honor could pick it up and handle it for the best interest of justice.

   Moreover, as stated on the aforementioned title, please note that I have already paid in full the Court's Docketing Fee. Now, Hon. Gertner, I am humbly praying that upon the receipt of this letter/notice, if your Honor could diligently issue a "SHOW CAUSE ORDER" to the Government to respond within a reasonable time frame. The sole and dominant purpose for that request Hon. Gertner, is that in order to safeguard the appearance of justice in the judicial system, it would be a grave miscarriage of justice to hold me illegally in prison [when my sentence has already expired].

   Therefore, thanks in advance for your Honorable Judge's time, assistance and earnest consideration in this most critical matter in question. Your most rapid reply with a Show Cause Order will be greatly appreciated. I am always ...

                                        Respectfully submitted,

                                        *Charles Wilkerson*
                                        Charles Wilkerson, pro-se.

CW/jad

cc: File
    State Attorney General