UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## ORDER OF REFERENCE

_Wilkerson_
v.
_Comm of Mass_

Check if previously referred ____

CA/CR No. __04-11771 RGS__

Criminal Category ____

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge __Bowler__ for the following proceedings:

(A)   Referred for full pretrial case management, including all dispositive motions.

(B)   Referred for full pretrial case management, not including dispositive motions:

(C)   Referred for discovery purposes only.

(D)   Referred for Report and Recommendation on:

  (  ) Motion(s) for injunctive relief
  (  ) Motion(s) for judgment on the pleadings
  (  ) Motion(s) for summary judgment
  (  ) Motion(s) to permit maintenance of a class action
  (  ) Motion(s) to suppress evidence
  (  ) Motion(s) to dismiss
  (  ) Post Conviction Proceedings[1]
  See Documents Numbered: ____

(E)   Case referred for events only. See Doc. No(s). ____

(F)   Case referred for settlement.

(G)   Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
  (  ) In accordance with Rule 53, F.R.Civ.P.
  (  ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)   Special Instructions: __2254 petition for writ of habeas corpus__

Date: __10/13/04__

By: ____
Deputy Clerk

(Order of Ref to MJ.wpd - 05/2003)

---

[1] See reverse side of order for instructions