UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES WILKERSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>COMMONWEALTH OF )<br>MASSACHUSETTS and )<br>DANIEL F. CONLEY, )<br>)<br>Respondents. )<br>) | Civil Action No. 04-11771-RGS |

## NOTICE OF APPEARANCE

Please take notice of the appearance of the undersigned as counsel for the Respondents, the Commonwealth of Massachusetts and Daniel F. Conley, in the matter listed above.

                                  Respectfully submitted,

                                  THOMAS F. REILLY
                                  Attorney General

                                  Randall E. Ravitz (BBO # 643381)
                                  Assistant Attorney General
                                  Criminal Bureau
                                  One Ashburton Place
                                  Boston, Massachusetts  02108
                                  (617) 727-2200, ext. 2852

Dated: November 10, 2004

**CERTIFICATE OF SERVICE**

  I hereby certify that a true copy of the above document was served on November 10, 2004 by first-class mail, postage prepaid, upon:

Charles Wilkerson (pro se)
No. 22166-038
USP
PO Box 1000
Lewisburg, PA  17837.

_____
Randall E. Ravitz