FILED
Clerk's Office
USDC, Mass.
Date 12-3-04
By _____
Deputy Clerk

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CHARLES WILKERSON, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> COMMONWEALTH OF MASSACHUSETTS ) <br> and DANIEL F. CONLEY, ) <br> ) <br> Respondents. ) | Civil Action No. 04-11771-RGS |

## RESPONDENTS' MOTION TO DISMISS

The Respondents, the Commonwealth of Massachusetts and Suffolk District Attorney Daniel F. Conley (together, the "Respondents"), hereby respectfully move that the Habeas Corpus Petition (the "Petition") filed by Petitioner Charles Wilkerson (the "Petitioner") be dismissed with prejudice in its entirety. The Petition is improper, because it does not comply with applicable timing requirements, it challenges a state conviction for which the Petitioner is not currently in custody, and it names inappropriate parties as respondents.

In further support of this Motion, the Respondents rely on and incorporate their Memorandum of Law filed herewith.

WHEREFORE, the Respondents request that this Honorable Court allow this Motion, dismiss the Petition with prejudice in its entirety, and grant such other relief as is just and proper under the circumstances.

Respectfully submitted,

THOMAS F. REILLY
Attorney General

_____
Randall E. Ravitz (BBO # 643381)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ext. 2852

Dated: December 3, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served on December 3, 2004, by first class mail, postage prepaid, upon:

Charles Wilkerson
Reg. No. 22166-038
U.S.P. Lewisburg
P.O. Box 1000
Lewisburg, PA  17837

pro se

_____
Randall E. Ravitz

2