UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

CHARLES WILKERSON

    V.                                CIVIL ACTION NO. 04-11771-RGS

COMMONWEALTH OF MASSACHUSETTS and
DANIEL F. CONLEY

## ORDER OF DISMISSAL

**STEARNS, DJ.**                                                  **JULY 15, 2005**

IN ACCORDANCE WITH THIS COURT'S ORDER ON MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION ENTERED ON JULY 12, 2005,

IT IS HEREBY ORDERED: THE PETITION FOR WRIT OF HABEAS CORPUS IS HEREBY DISMISSED WITH PREJUDICE.

SO ORDERED.

                                                      RICHARD G. STEARNS
                                                      UNITED STATES DISTRICT JUDGE

                    BY:

                             /s/ Mary H. Johnson
                                Deputy Clerk